UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 01, 2019
David J. Bradley, Clerk

| | |
|---|---|
| Jualeia Halley, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-19-188 |
| § | |
| WaitR Holdings, Inc., et al., § | |
| § | |
| Defendants. § | |

# Final Dismissal

1.  Having been advised that Jualeia Halley no longer wishes to pursue her claims against WaitR Holdings, Inc., and WaitR Incorporated, this case is dismissed without prejudice. (5)

2.  If re-filed in the United States District Court for the Southern District of Texas, the case will be assigned to Judge Lynn N. Hughes.

Signed on February 28, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge